UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO SCOTT,<br><br>                    Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | No. 08 Cr. 360 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

In light of the Court of Appeals granting permission for a successive petition pursuant to 28 U.S.C. Section 2255 [dkt. no. 136], Mr. Scott shall file that successive petition within thirty days of the date hereof.  The Government shall have thirty days to respond, and Mr. Scott shall have fourteen days to reply.

**SO ORDERED.**

Dated:   New York, New York
         May 13, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1