**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 8, 2020

**BY ECF**
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Antonio Scott
      08 Cr. 360 (LAP)

Dear Judge Preska,

On May 12, 2020, the Court of Appeals granted Mr. Scott permission to file a successive petition pursuant to 28 U.S.C. § 2255. Dkt. No. 136. On May 13, the Court ordered Mr. Scott to file a brief within 30 days, i.e. Friday, June 12, 2020. Dkt. No. 137.

I write to ask that the Court extend that deadline by two weeks, to Friday, June 26, 2020. We have been working on Mr. Scott's motion, but given the logistical hurdles created by the coronavirus pandemic, the requested additional time will enable us to finish the brief. This is the first request for an extension. The government, by Assistant United States Attorney Andrew Chan, has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender
212-417-8729