UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| -against- | 08 Cr. 360 (LAP) |
| ANTONIO SCOTT, | ORDER |
| Defendant. | |

LORETTA A. PRESKA, Senior United States District Judge:

    Any opposition to Mr. Scott's motion for compassionate release (dkt. no. 155) shall be filed no later than May 21, 2021; any reply shall be filed no later than June 4, 2021.

    SO ORDERED.

Dated:   New York, New York
           April 21, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge