```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
----------------------------------------

ANTONIO SCOTT,

               Petitioner,

    -against-

UNITED STATES OF AMERICA,

               Respondent.

08 Cr. 360 (LAP)
16 Civ. 5123 (LAP)

ORDER

----------------------------------------

Loretta A. Preska, Senior United States District Judge:

    On December 2, 2021, this Court denied Mr. Scott's motion to vacate his conviction pursuant to 28 U.S.C. § 2255.  On December 10, 2021, Mr. Scott filed a notice of appeal, which this Court construes to include an application for a certificate of appealability.  Because Mr. Scott has not made a substantial showing of a denial of a constitutional right, the Court declines to issue a certificate of appealability.  28 U.S.C. § 2253(c); Love v. McCray, 413 F.3d 192, 195 (2d Cir. 2005).

**SO ORDERED.**

Dated:    New York, New York
          December 14, 2021

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge