```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :    08-cr-360 (LAP)
     -v.-                           :
                                    :         ORDER
ANTONIO SCOTT,                      :
                                    :
          Defendant.                :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Defendant's motion for a sentence reduction. (Dkt. no. 155.) The Court is informed that Defendant was released on June 7, 2023. Accordingly, the motion is denied as moot.

SO ORDERED.

Dated:   New York, New York
         April 10, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge