UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br> -against-<br><br> ANTONIO SCOTT,<br><br>                    Defendant. | 08-CR-360 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's request to terminate his supervised release, (dkt. no. 180).  The Government shall respond by September 17, 2025.  To the extent that Defendant wishes to reply, he shall do so no later than October 1, 2025.

**SO ORDERED.**

Dated:   New York, New York
         August 20, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge