UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>ANTONIO SCOTT,<br><br>                    Defendants. | 08-CR-360 (LAP)<br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of (1) Defendant's request for early termination of his supervised release, (dkt. no. 180); (2) the Government's opposition, (dkt. no. 182); and (3) Defendant's reply, (dkt. no. 183). At Defendant's request, as set forth in dkt. no. 183, Defendant's motion is held in abeyance until his state case is resolved. Defendant shall inform the Court, by letter, once the state case is resolved and advise whether Defendant wishes to proceed with his early termination motion at that time.

The Clerk of the Court shall close dkt. no. 180.

**SO ORDERED.**

Dated:   New York, New York
         October 7, 2025

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge